**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVELBISS & BONZELL, LLP,<br><br>         Plaintiff,<br>   v.<br><br>LUCIENNE HUNTER, et al.,<br><br>         Defendants.<br>_____/ | No. C 12-2583 RS<br><br>**ORDER GRANTING EXTENSION TO FILE OPPOSITION TO MOTION TO REMAND AND VACATING HEARING** |

Good cause appearing, defendants' request for an extension of time to file their opposition to the motion to remand is granted. The opposition shall be filed no later than July 10, 2012. Pursuant to Civil Local Rule 7-1(b), the matter will then be taken under submission without oral argument. The hearing set for July 12, 2012 is vacated.

IT IS SO ORDERED.

Dated: 7/3/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE