United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION
10
11   DIVELBISS & BONZELL, LLP,                    No. C 12-2583 RS

12               Plaintiff,                    **ORDER GRANTING EXTENSION TO**
         v.                                    **FILE OPPOSITION TO MOTION TO**
13                                             **REMAND AND VACATING**
     LUCIENNE HUNTER, et al.,                  **HEARING**
14
                 Defendants.
15   _____/
16

17          Good cause appearing, defendants' request for an extension of time to file their opposition to

18   the motion to remand is granted.  The opposition shall be filed no later than July 10, 2012.  Pursuant

19   to Civil Local Rule 7-1(b), the matter will then be taken under submission without oral argument.

20   The hearing set for July 12, 2012 is vacated.

21
22
23   IT IS SO ORDERED.
24
25   Dated:  7/3/12                          _____
                                            RICHARD SEEBORG
26                                          UNITED STATES DISTRICT JUDGE
27
28